6025. SMITH *v.* THE STATE.

RUSSELL, C. J. The decision in this case is controlled by the ruling of this court in the case of *Smith* v. *State*, (No. 6026), ante, 536.

*Judgment affirmed.*

DECIDED DECEMBER 24, 1914.

Accusation of violating game law; from city court of Elberton—Judge Grogan. August 22, 1914.

*T. J. Brown,* for plaintiff in error.
*Boozer Payne, solicitor,* contra.